UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| TREVOR SAHADATALLI, | : | |
| | : | Civil Action No. 21-20743 (JXN) (AME) |
| Plaintiff, | : | |
| | : | |
| v. | : | **MEMORANDUM** |
| | : | **OPINION & ORDER** |
| SPECIALIZED LOAN SERVICING, *et al*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**NEALS**, District Judge:

This matter comes before the Court on the *in forma pauperis* application ("IFP Application") of Plaintiff Trevor Sahadatalli ("Plaintiff") to proceed without prepayment of fees under 28 U.S.C. § 1915. *See* IFP Appl., ECF No. 1-2.

The Court must carefully review Plaintiff's IFP Application and "if convinced that [the applicant] is unable to pay the court costs and filing fees, the [C]ourt will grant leave to proceed *in forma pauperis*." *Douris v. Middletown Township*, 293 F. App'x 130, 132 (3d Cir. 2008) (citing *Deutsch v. United States*, 61 F.3d 1080, 1084 n.5 (3d. Cir. 1995)). Plaintiff's IFP Application included a statement of his assets, income, and expenses. *See generally* IFP Appl. A review of Plaintiff's IFP Application clearly shows that Plaintiff has the ability to pay or the assets necessary to pay the full filing fee of this lawsuit. In the IFP application, Plaintiff indicates that he has rental income of $2,500.00 a month, two cars collectively valued at $27,000.00, a home worth $340,000.00, other real estate worth $700,000.00, and other assets worth $25,000.00. *See* IFP Appl. at 3. Plaintiff also indicates that he has $500.00 in a checking account and spends $2,000.00 a month on "[r]ecreation, entertainment, newspapers, magazines, etc." *Id*. at 2, 5. Given that

information, the Court concludes that Plaintiff has the ability to pay or the assets necessary to pay the full filing fee of this lawsuit.

**IT IS THEREFORE,** on this 28th day of January, 2022,

**ORDERED** that Plaintiff's application to proceed *in forma pauperis* [ECF No. 1-2] is **DENIED** with prejudice; and it is further

**ORDERED** that the Clerk of Court shall mark this case as **CLOSED**; and it is further

**ORDERED** that Plaintiff may submit payment in the amount of $402.00 within 14 days from the date of the Order to reopen the case without further action from the Court.

s/ Julien Xavier Neals
**JULIEN XAVIER NEALS**
United States District Judge